# NO. 12-18-00054-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *EOG RESOURCES, INC.,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Relator, EOG Resources, Inc., filed an original mandamus proceeding complaining of Respondent's order refusing to transfer venue of the underlying proceeding to Harris County, Texas. On June 29, 2018, this Court conditionally granted Relator's petition and directed Respondent to (1) vacate his December 6, 2017 order denying EOG's motion to transfer venue, and (2) transfer the case to Harris County. By an order signed on July 17, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we ***dismiss*** Relator's petition for writ of mandamus as ***moot***.

Opinion delivered September 5, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 5, 2018**

**NO. 12-18-00054-CV**


**EOG RESOURCES, INC.,**
Relator
V.

**HON. CRAIG M. MIXSON,**
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by EOG Resources, Inc.; who is the relator in Cause No. CV-7-9753, pending on the docket of the 1st Judicial District Court of San Augustine County, Texas. Said petition for writ of mandamus having been filed herein on March 15, 2018, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*